Argued and submitted May 3, review dismissed as improvidently allowed
August 24, 1995

Sigitas BANAITIS,
*Respondent on Review,*

*v.*

MITSUBISHI BANK, LTD.,
and Bank of California, N.A.,
*Petitioners on Review,*

and

Karen LESH,
*Defendant.*

(CC A8912-07357; CA A70113; SC S41684)

900 P2d 508

James N. Westwood, of Miller, Nash, Wiener, Hager & Carlsen, Portland, argued the cause for petitioners on review. With him on the briefs were Michael O. Moran, Black Helterline, Portland, and Jacob Tanzer, Portland, of counsel.

Charles J. Merten, of Merten & Associates, Portland, argued the cause for respondent on review. With him on the briefs were John Paul Graff, of Graff & O'Neil, Portland, and Glen H. Downs, Portland.

Richard C. Busse and Scott N. Hunt, Portland, filed a brief for *amicus curiae* Oregon Trial Lawyers Association.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

Van Hoomissen and Durham, JJ., would not dismiss.